## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 2:26-MJ-2341-DUTY-1 |
| Faustino Arguello | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of <u>the Court</u> , IT IS ORDERED that a detention hearing is set for <u>April 27</u> , <u>2026</u> , at <u>10:30</u> ☒a.m. / ☐p.m. before the Honorable <u>Rozella A. Oliver</u> , in Courtroom <u>590</u> .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: <u>4/22/26</u>

~~U.S. District Judge~~/Magistrate Judge

Judge Oliver